## ESSEX SAVINGS BANK *v.* MARTIN FRIMBERGER ET AL.
### (11624)

O'CONNELL, FOTI and LAVERY, Js.

Argued February 19—decision released March 16, 1993

*John T. O'Reilly,* pro se, the appellant (defendant).

*John S. Bennet,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.